**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)     Case Number **10–23994**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 26, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Fernando Suzara Jr.
5929 Capulina Ave
Morton Grove, IL 60053

| | |
|---|---|
| Case Number: 10–23994<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–3173 |
| Attorney for Debtor(s) (name and address):<br>Robin C Reizner<br>Law Offices Of Robin C Reizner<br>8700 N Waukegan Road Ste 130<br>Morton Grove, IL 60053<br>Telephone number: 847 583–0603 | Bankruptcy Trustee (name and address):<br>Robert B Katz ESQ<br>Law Offices Of Robert B Katz<br>53 West Jackson Blvd<br>Suite 1320<br>Chicago, IL 60604<br>Telephone number: 312–705–1400 |

### Meeting of Creditors:
Date: **July 1, 2010**        Time: **02:00 PM**

Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

### Presumption of Abuse under 11 U.S.C. §§ 707(b)
*See "Presumption of Abuse" on reverse side.*

**The presumption of abuse does not arise.**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: August 30, 2010**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 9:00 AM –4:30 PM | Date: May 27, 2010 |

## **EXPLANATIONS**          B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §§362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under §§ 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §§727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §§523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: sdaniel                Page 1 of 2                   Date Rcvd: May 27, 2010
Case: 10-23994                 Form ID: b9a                 Total Noticed: 40
```

The following entities were noticed by first class mail on May 29, 2010.
```
db         +Fernando Suzara, Jr.,    5929 Capulina Ave.,    Morton Grove, IL 60053-3004
aty        +Robin C Reizner,    Law Offices Of Robin C Reizner,    8700 N Waukegan Road Ste 130,
             Morton Grove, IL 60053-2104
15633240   +Amex,    c/o Beckett & Lee,    Po Box 3001,    Malvern, PA 19355-0701
15633244   +Bac Home Loans Servici,    450 American St.,    Simi Valley, CA 93065-6285
15633249    Blatt, Hasenmiller,Leibsker & Moore,    125 South Wacker Dr. Suite 400,    Chicago, IL 60606-4440
15633250   +Capital Management Services,    726 Exchange Street Suite 700,    Buffalo, NY 14210-1464
15633251   +Capital One, N.a.,    C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
15633253   +Chase Home Finance,    P.O. Box 24696,    Columbus, OH 43224-0696
15633254   +Citgo Oil / Citibank,    Attn: Centralized Bankruptcy,    Po Box 20432,
             Kansas City, MO 64195-0432
15633255    CitiBank,    P.O. Box 52195,    Phoenix, AZ 85072-2195
15633256    Citibank/Shell,    19850 Citibank Usa,    Sioux Falls, SD 57117
15633257   +Cititbank Sears Gold Mastercard,    P.O. Box 6275,    Sioux Falls, SD 57117-6275
15633258    Consecofin,    345 St Peter/900 Landmk,    Saint Paul, MN 55102
15633260   +Exxon Mobile/GE Consumer Finance,    Po Box 103104,    Roswell, GA 30076-9104
15633264   +Kca Financial Svcs,    628 North Street,    Geneva, IL 60134-1356
15633268   +Nelson,Watson & Associates,    80 Merrimack Street Lower Level,    Haverhill, MA 01830-5211
15633269   +Portfolio Rc,    Attn: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541-1067
15633270   +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432
15633271   +Sears/cbsd,    Sears Bk Recovery,    Po Box 20363,    Kansas City, MO 64195-0363
15633272   +Shell Oil / Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
             Kansas City, MO 64195-0507
15633275  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
           (address filed with court: Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
             Cincinnati, OH 45201)
15633273   +Unifund,    Attention: Bankruptcy,    10625 Techwood Circle,    Cincinnati, OH 45242-2846
15633274   +Up/regionsm,    Bankruptcy,    Po Box 18001,    Hattiesburg, MS 39404-8001
15633276   +Weltman, Weinberg & Reis Co. L.P.A.,    180 N LaSalle Street, Suite 2400,    Chicago, IL 60601-2704
15633277    Weltman, Weinberg, & Reis Co, L.P.A.,    323 W. Lakeside Ave Suite 200,    Cleveland, OH 44113-1099
```

The following entities were noticed by electronic transmission on May 27, 2010.
```
tr         +EDI: QRBKATZ.COM May 27 2010 18:28:00     Robert B Katz, ESQ,    Law Offices Of Robert B Katz,
             53 West Jackson Blvd,    Suite 1320,    Chicago, IL 60604-4174
15633239   +EDI: AGFINANCE.COM May 27 2010 18:23:00      American General Finan,    5124 N Harlem Ave,
             Harwood Heights, IL 60706-3617
15633241   +EDI: ACCE.COM May 27 2010 18:23:00      Asset Acceptance,    Po Box 2036,    Warren, MI 48090-2036
15633243    EDI: ARSN.COM May 27 2010 18:23:00      Associated Recovery Systems,    P.O.Box 469046,
             Escondido, CA 92046-9046
15633248   +EDI: BANKAMER2.COM May 27 2010 18:23:00      Bank Of America,    Po Box 17054,
             Wilmington, DE 19850-7054
15633247   +EDI: BANKAMER.COM May 27 2010 18:23:00      Bank Of America,    Attn: Bankruptcy NC4-105-03-14,
             Po Box 26012,    Greensboro, NC 27420-6012
15633246   +EDI: BANKAMER.COM May 27 2010 18:23:00      Bank Of America,    4161 Piedmont Pkwy,
             Greensboro, NC 27410-8119
15633245    EDI: BANKAMER.COM May 27 2010 18:23:00      Bank of America,    PO Box 53137,
             Phoenix, AZ 85072-3137
15633252    +EDI: CHASE.COM May 27 2010 18:28:00      Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
15633259    +EDI: CRFRSTNA.COM May 27 2010 18:23:00      Credit First,    Po Box 818011,
             Cleveland, OH 44181-8011
15633261   +EDI: RMSC.COM May 27 2010 18:23:00      Gemb/ge Money Loc,    Attn: Bankruptcy,    Po Box 103106,
             Roswell, GA 30076-9106
15633262   +EDI: RMSC.COM May 27 2010 18:23:00      Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
15633263   +EDI: HFC.COM May 27 2010 18:23:00      Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
15633265   +EDI: CBSKOHLS.COM May 27 2010 18:23:00      Kohls/chase,    N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
15633266   +EDI: RESURGENT.COM May 27 2010 18:28:00      Lvnv Funding Llc,    Po Box 740281,
             Houston, TX 77274-0281
15633271   +EDI: SEARS.COM May 27 2010 18:23:00      Sears/cbsd,    Sears Bk Recovery,    Po Box 20363,
             Kansas City, MO 64195-0363
15633270   +EDI: SEARS.COM May 27 2010 18:23:00      Sears/cbsd,    701 East 60th St N,
             Sioux Falls, SD 57104-0432
                                                                                              TOTAL: 17
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15633242*    Asset Acceptance Corp.,    P.O. Box 2036,    Warren, MI 48090-2036
15633267*   +LVNV Funding LLC,    P.O. Box 740281,    Houston, TX 77274-0281
                                                                                               TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: sdaniel           Page 2 of 2             Date Rcvd: May 27, 2010
Case: 10-23994                Form ID: b9a            Total Noticed: 40

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2010**          **Signature:**   *Joseph Speetjens*