B18 (Official Form 18) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–23994**
**Chapter 7**

In re: Debtor (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

　Fernando Suzara Jr.
　5929 Capulina Ave
　Morton Grove, IL 60053

Social Security / Individual Taxpayer ID No.:
　xxx–xx–3173

Employer Tax ID / Other nos.:

## DISCHARGE OF DEBTOR

　　　It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

　　　　　　　　　　　　　　　　　　　　　　　　　FOR THE COURT

Dated: <u>August 31, 2010</u>　　　　　　　　　　<u>Kenneth S. Gardner, Clerk</u>
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor.*[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: bchavez               Page 1 of 2                  Date Rcvd: Aug 31, 2010
Case: 10-23994                Form ID: b18                Total Noticed: 40

The following entities were noticed by first class mail on Sep 02, 2010.
db           +Fernando Suzara, Jr.,   5929 Capulina Ave,   Morton Grove, IL 60053-3004
aty          +Robin C Reizner,   Law Offices Of Robin C Reizner,   8700 N Waukegan Road Ste 130,
               Morton Grove, IL 60053-2104
15633240     +Amex,   c/o Beckett & Lee,   Po Box 3001,   Malvern, PA 19355-0701
15633244     +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
15633249      Blatt, Hasenmiller,Leibsker & Moore,   125 South Wacker Dr. Suite 400,   Chicago, IL 60606-4440
15633253     +Chase Home Finance,   P.O. Box 24696,   Columbus, OH 43224-0696
15633255      CitiBank,   P.O. Box 52195,   Phoenix, AZ 85072-2195
15633256      Citibank/Shell,   19850 Citibank Usa,   Sioux Falls, SD 57117
15633257     +Cititbank Sears Gold Mastercard,   P.O. Box 6275,   Sioux Falls, SD 57117-6275
15633258      Consecofin,   345 St Peter/900 Landmk,   Saint Paul, MN 55102
15633260     +Exxon Mobile/GE Consumer Finance,   Po Box 103106,   Roswell, GA 30076-9104
15633264     +Kca Financial Svcs,   628 North Street,   Geneva, IL 60134-1356
15633268     +Nelson,Watson & Associates,   80 Merrimack Street Lower Level,   Haverhill, MA 01830-5211
15633269     +Portfolio Rc,   Attn: Bankruptcy,   P.O. Box 41067,   Norfolk, VA 23541-1067
15633275    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  Us Bank/na Nd,    Attn: Bankruptcy Dept,    Po Box 5229,
               Cincinnati, OH 45201)
15633273     +Unifund,   Attention: Bankruptcy,   10625 Techwood Circle,   Cincinnati, OH 45242-2846
15633274     +Up/regionsm,   Bankruptcy,   Po Box 18001,   Hattiesburg, MS 39404-8001
15633276     +Weltman, Weinberg & Reis Co. L.P.A,   180 N LaSalle Street, Suite 2400,   Chicago, IL 60601-2704
15633277      Weltman, Weinberg, & Reis Co, L.P.A,   323 W. Lakeside Ave Suite 200,   Cleveland, OH 44113-1099
The following entities were noticed by electronic transmission on Aug 31, 2010.
tr           +EDI: QRBKATZ.COM Aug 31 2010 20:33:00      Robert B Katz, ESQ,   Law Offices Of Robert B Katz,
               53 West Jackson Blvd,   Suite 1320,   Chicago, IL 60604-4174
15633239     +EDI: AGFINANCE.COM Aug 31 2010 20:28:00      American General Finan,   5124 N Harlem Ave,
               Harwood Heights, IL 60706-3617
15633241     +EDI: ACCE.COM Aug 31 2010 20:28:00      Asset Acceptance,   Po Box 2036,   Warren, MI 48090-2036
15633243      EDI: ARSN.COM Aug 31 2010 20:28:00      Associated Recovery Systems,   P.O.Box 469046,
               Escondido, CA 92046-9046
15633248     +EDI: BANKAMER2.COM Aug 31 2010 20:28:00      Bank Of America,   Po Box 17054,
               Wilmington, DE 19850-7054
15633247     +EDI: BANKAMER.COM Aug 31 2010 20:28:00      Bank Of America,   Attn: Bankruptcy NC4-105-03-14,
               Po Box 26012,   Greensboro, NC 27420-6012
15633246     +EDI: BANKAMER.COM Aug 31 2010 20:28:00      Bank Of America,   4161 Piedmont Pkwy,
               Greensboro, NC 27410-8119
15633245      EDI: BANKAMER.COM Aug 31 2010 20:28:00      Bank of America,   PO Box 53137,
               Phoenix, AZ 85072-3137
15633250     +E-mail/Text: jraichel@cms-collect.com                            Capital Management Services,
               726 Exchange Street Suite 700,   Buffalo, NY 14210-1464
15633251     +EDI: AIS.COM Aug 31 2010 20:38:00      Capital One, N.a.,   C/O American Infosource,
               Po Box 54529,   Oklahoma City, OK 73154-1529
15633252     +EDI: CHASE.COM Aug 31 2010 20:33:00      Chase,   P.o. Box 15298,   Wilmington, DE 19850-5298
15633254     +EDI: CITICORP.COM Aug 31 2010 20:28:00      Citgo Oil / Citibank,   Attn: Centralized Bankruptcy,
               Po Box 20432,   Kansas City, MO 64195-0432
15633259     +EDI: CRFRSTNA.COM Aug 31 2010 20:28:00      Credit First,   Po Box 818011,
               Cleveland, OH 44181-8011
15633261     +EDI: RMSC.COM Aug 31 2010 20:28:00      Gemb/ge Money Loc,   Attn: Bankruptcy,   Po Box 103106,
               Roswell, GA 30076-9106
15633262     +EDI: RMSC.COM Aug 31 2010 20:28:00      Gemb/walmart,   Po Box 981400,   El Paso, TX 79998-1400
15633263     +EDI: HFC.COM Aug 31 2010 20:28:00      Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
15633265     +EDI: CBSKOHLS.COM Aug 31 2010 20:28:00      Kohls/chase,   N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
15633266     +EDI: RESURGENT.COM Aug 31 2010 20:33:00      Lvnv Funding Llc,   Po Box 740281,
               Houston, TX 77274-0281
15633271     +EDI: SEARS.COM Aug 31 2010 20:28:00      Sears/cbsd,   Sears Bk Recovery,   Po Box 20363,
               Kansas City, MO 64195-0363
15633270     +EDI: SEARS.COM Aug 31 2010 20:28:00      Sears/cbsd,   701 East 60th St N,
               Sioux Falls, SD 57104-0432
15633272     +EDI: CITICORP.COM Aug 31 2010 20:28:00      Shell Oil / Citibank,   Attn.: Centralized Bankruptcy,
               Po Box 20507,   Kansas City, MO 64195-0507
                                                                                              TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15633242*     Asset Acceptance Corp.,   P.O. Box 2036,   Warren, MI 48090-2036
15633267*    +LVNV Funding LLC,   P.O. Box 740281,   Houston, TX 77274-0281
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1          User: bchavez              Page 2 of 2                Date Rcvd: Aug 31, 2010
Case: 10-23994                Form ID: b18               Total Noticed: 40
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 02, 2010**                       **Signature:**    _Joseph Speetjens_